No. 97–749. SCHWARTZ, DBA BARRY K. SCHWARTZ PARTNERSHIP, ET AL. v. SULLIVAN. C. A. 9th Cir. Certiorari denied.

No. 97–751. SHAHAR v. BOWERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–752. STEELE ET AL. v. CITY OF WALLA WALLA. C. A. 9th Cir. Certiorari denied.

No. 97–756. BURGE ET AL. v. BEHR ET UX. Ct. App. Colo. Certiorari denied.

No. 97–757. EINHEBER v. PUBLIC EMPLOYMENT RELATIONS BOARD OF CALIFORNIA (UNIVERSITY OF CALIFORNIA AT BERKELEY, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–759. CILECEK v. INOVA HEALTH SYSTEM SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–761. WEAVER ET AL. v. WOOD ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–762. STAR ENTERPRISE v. SMITH ET AL.; and
No. 97–770. TEXACO INC. v. SMITH ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 117 F. 3d 1417.

No. 97–768. WAHRMAN v. WAHRMAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–772. PRICE v. MALERBA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–773. DiRUSSA v. DEAN WITTER REYNOLDS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–781. TAYLOR v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 97–793. BISEL ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–798. OSBORNE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.